# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK O. SILVER,
                Appellant,
vs.
STEVEN B. WOLFSON, CLARK
COUNTY DISTRICT ATTORNEY;
CLARK COUNTY CHILD SUPPORT
DIVISION; AND CANDICE KATIE
TOWNER,
                Respondents.

No. 77672

**FILED**

DEC 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a minute order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal is untimely filed under NRAP 4(a) because it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed).

We conclude, therefore, that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-909783

cc: Hon. Richard Scotti, District Judge
Frederick O. Silver
Clark County District Attorney/Civil Division
Mary D. Perry
Eighth District Court Clerk